**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY HAMMOND MURPHY,

Plaintiff,

v. Case No. 1:22-cv-00321

MITCHELL SIMONE, LLC,

Defendant.

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE THAT all matters herein have been settled as between Plaintiff Anthony Hammond Murphy ("Plaintiff") and Defendant Mitchell Simone, LLC ("Defendant").

The parties are currently working to execute and implement their agreement which has already been reduced to writing and anticipate filing a Stipulation of Dismissal no later than 30 days from today.

Date: January 25, 2023

Respectfully submitted,

/s/Lawrence H. Fisher
Lawrence H. Fisher (Pa. I.D. 67667)
One Oxford Center
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Phone: (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*
*Anthony Hammond Murphy*

By /s/ Martin S. Krezalek
Martin S. Krezalek
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 213-885-5130
Fax: 917-332-3092
mkrezalek@blankrome.com

*Counsel for Defendant*
*Mitchell Simone, LLC*