IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br>Plaintiff,<br>vs.<br>MITCHELL SIMONE LLC,<br>Defendants. | Case No.: 1:22-cv-321 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: MARCH 28, 2023

**LAW|FIRST**
/s/Lawrence H. Fisher
Lawrence H. Fisher
One Oxford Centre
301 Grant St., Suite 270
Pittsburgh, Pennsylvania 15219
Tel: (412) 577-4040
lawfirst@lawrencefisher.com

*Attorney for Plaintiff Anthony Hammond Murphy*

SO ORDERED THIS 29th DAY OF MARCH, 2023. THE CLERK OF COURT IS DIRECTED TO TERMINATE THIS MATTER ON THE COURT'S DOCKET AND TO MARK THIS CASE CLOSED AS OF TODAY'S DATE.

RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE